```
JAMES McMANIS (40958)
MICHAEL REEDY (161002)
JESSICA VALENZUELA SANTAMARIA (220934)
CHRISTINE PEEK (234573)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  408-279-8700
Facsimile:  408-279-3244
```

*E-FILED 7/28/05*

Attorneys for Plaintiffs,
JOSEPH PADGETT and
DARLA PADGETT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CITY OF MONTE SERENO, a municipal entity; BRIAN LOVENTHAL, an individual; ERIN GARNER, an individual; A. CURTIS WRIGHT, an individual; MARK BRODSKY, an individual; BARBARA NESBET, an individual; DAVID BAXTER, an individual; and DOES 1 to 100, inclusive,<br><br>　　　Defendants. | CASE NO. C-04-03946 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL PALM PRINTS AND FINGERPRINTS** |

　　　Plaintiffs Joseph Padgett and Darla Padgett, and defendants City of Monte Sereno, Brian Loventhal, Erin Garner, A. Curtis Wright, Mark Brodsky, Barbara Nesbet, and David Baxter, by and through their counsel, hereby stipulate that the Order granting in part and denying part plaintiffs' Motion to Compel Palm Prints and Fingerprints will be modified as follows:

1

| | | |
|---|---|---|
| 1 | (1) | Page 3, line 20: "Erin Brodsky" will be modified to read "Erin Garner, Mark Brodsky." |
| 3 | (2) | Page 3, footnote 1: "Erin Brodsky" will be modified to read "Erin Garner, Mark Brodsky." |
| 5 | (3) | Page 9, line 9: "Erin Brodsky" will be modified to read "Erin Garner, Mark Brodsky." |

DATED: July 27 2005

McMANIS FAULKNER & MORGAN

*Christine C. Peek*

CHRISTINE PEEK
Attorneys for Plaintiffs

DATED: July 27 2005

HOWARD ROME MARTIN & RIDLEY LLP

JOSEPH HOWARD
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 28, 2005

/s/ Richard Seeborg
HON. RICHARD SEEBORG

2