JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP          *E-FILED 8/10/05*
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715

Attorneys for Defendants
**CITY OF MONTE SERENO, BRIAN LOVENTHAL,
ERIN GARNER, A. CURTIS WRIGHT, MARK BRODSKY,
BARBARA NESBET and DAVID BAXTER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MONTE SERENO, et al.,<br><br>Defendants. | Case No. C 04 03946 JW (RS)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br>MODIFIED BY THE COURT |

Defendants City of Monte Sereno, Brian Loventhal, Erin Garner, A. Curtis Wright, Barbara Nesbet, Mark Brodsky and David Baxter (collectively, "defendants") submit the following Proposed Protective Order in response to the Court's July 25, 2005 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Palm Prints and Finger Prints, which compelled the individual defendants to submit finger and palm prints within 30 days:

1.  Any and all palm prints and finger prints ("prints") obtained from Defendants Brian Loventhal, Erin Garner, A. Curtis Wright, Mark Brodsky and David Baxter in conjunction with the Court's July 25, 2005 Order, including any and all copies subsequently made thereof, are deemed

---

confidential and shall be used only for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.

2. Any and all prints obtained from the parties to this action, including any and all copies thereof, may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical and secretarial staff employed by such counsel), and to the "qualified persons" designated below:

    (a) An employee of a party deemed necessary by counsel to aid in the prosecution, defense, or settlement of this action;

    (b) Experts or consultants (together with their clerical staff) retained by a party to assist in the prosecution, defense, or settlement of this action;

    (c) Court reporter(s) employed in this action; and

    (d) Any other person as to whom the parties in writing agree.

3. The parties shall not provide any such prints, or any and all copies of same, to the media or any other person/entity not identified in Paragraph 2.

4. If such prints, or any copies thereof, are included in any papers to be filed in Court, such papers shall be labeled "CONFIDENTIAL - SUBJECT TO COURT ORDER" and be filed under seal until further order of this Court.

5. In order for a document(s) to be filed under seal, the party seeking to file the document(s) under seal must comply with the procedures set forth in Civil Local Rule 79-5.

6. In the event that such prints, or any copies thereof, are used in any Court proceeding in this action, they shall not lose their confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

7. This Order shall survive the final termination of this action and the Court shall retain jurisdiction to resolve any dispute concerning the use of these prints. Upon termination of this case, counsel for the Plaintiffs shall assemble and return any and all prints obtained from Defendants Brian Loventhal, Erin Garner, A. Curtis Wright, Mark Brodsky and David Baxter in

conjunction with the Court's July 25, 2005 Order, including and any all copies made thereof, and return same to counsel for Defendants, or shall certify the destruction thereof.

8. Nothing in this protective order is intended to preclude any other court of competent jurisdiction from ordering the disclosure of the defendants' palm and finger prints in other separate litigation.

APPROVED AND SO ORDERED.

Dated: August 10, 2005

/s/ Richard Seeborg
_____
RICHARD SEEBORG
United States Magistrate Judge