| | |
|---|---|
| JOSEPH C. HOWARD, JR. [SBN: 050784]<br>TODD H. MASTER [SBN: 185881]<br>HOWARD ROME MARTIN & RIDLEY LLP<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061<br>Telephone: (650) 365-7715 | *E-FILED 8/11/05* |

Attorneys for Defendants
CITY OF MONTE SERENO, BRIAN LOVENTHAL,
ERIN GARNER, A. CURTIS WRIGHT, MARK BRODSKY,
BARBARA NESBET and DAVID BAXTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MONTE SERENO, et al.,<br><br>Defendants. | Case No. C 04 03946 JW (RS)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY PROTECTIVE<br>ORDER ISSUED AUGUST 10, 2005 |

Defendants City of Monte Sereno, Brian Loventhal, Erin Garner, A. Curtis Wright, Barbara Nesbet, Mark Brodsky and David Baxter and Plaintiffs Joseph Padgett and Darla Padgett, by and through their counsel, hereby stipulate that the Protective Order issued August 10, 2005 will be modified as follows:

(1) Page 1, line 25: Defendant "Barbara Nesbet" will be added to the list of defendants identified in paragraph 1.

(2) Page 2, line 25: Defendant "Barbara Nesbet" will be added to the list of defendants identified in paragraph 7.

---

STIPULATION RE MODIFICATION OF PROTECTIVE ORDER; Case No. C 04 03946 JW (RS)   1

IT IS SO STIPULATED:

DATED: August 10, 2005

*Jessica Valenzuela Santamaria*
Attorneys for Plaintiffs Joseph and Darla Padgett

DATED: August 10, 2005

Todd H. Master
Attorneys for Defendants

APPROVED AND SO ORDERED:

DATED: 8/11/05

/s/ Richard Seeborg
United States Magistrate Judge Richard Seeborg

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

STIPULATION RE MODIFICATION OF PROTECTIVE ORDER; Case No. C 04 03946 JW (RS)     2