JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

*E-FILED 8/23/05*

Attorneys for Defendants
CITY OF MONTE SERENO, BRIAN LOVENTHAL,
ERIN GARNER, A. CURTIS WRIGHT, MARK BRODSKY,
BARBARA NESBET and DAVID BAXTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MONTE SERENO, et al.,<br><br>Defendants. | Case No. C 04 03946 JW (RS)<br><br>FURTHER STIPULATION AND [PROPOSED] ORDER TO MODIFY PROTECTIVE ORDER ISSUED AUGUST 10, 2005 |

Defendants City of Monte Sereno, Brian Loventhal, Erin Garner, A. Curtis Wright, Barbara Nesbet, Mark Brodsky and David Baxter and Plaintiffs Joseph Padgett and Darla Padgett, by and through their counsel, hereby stipulate that the Protective Order issued August 10, 2005 will be further modified as follows. Said Protective Order will also apply to any and all photocopies of drivers' licenses and digital photographs taken by Plaintiffs' consultant in conjunction with obtaining finger and palm prints.

///

///

---

FURTHER STIPULATION RE MODIFICATION OF PROTECTIVE ORDER; Case No. C 04 03946 JW (RS)
1

1  IT IS SO STIPULATED:

2  
3  DATED: August 20, 2005

                                                                                                            Michael Reedy
4                                                                        Attorneys for Plaintiffs Joseph and Darla Padgett

5  

6  DATED: August 23, 2005
7                                                        Todd H. Master
8                                                        Attorneys for Defendants

9  
10  APPROVED AND SO ORDERED:

11  DATED: 8/23/05

12                                      /s/ Richard Seeborg
13                                      United States Magistrate Judge Richard Seeborg

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

FURTHER STIPULATION RE MODIFICATION OF PROTECTIVE ORDER; Case No. C 04 03946 JW (RS)

2