United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph Padgett, et al., | NO. C 04-03946 JW |
| Plaintiff(s), | |
| v. | **AMENDED SCHEDULING ORDER** |
| City of Monte Sereno, et al., | |
| Defendant(s). | |

Please note that there was an error in the Court's Scheduling Order issued on September 14, 2005. (See Docket No. 64.) Section H gave February 20, 2006 as the <u>Last date for Hearing Dispositive Motions</u>. However, that is a Federal Holiday. The last day for hearing dispositive motions is **February 13, 2006** at 9:00 a.m. Any motions must be noticed in accordance with the Local Rules of this Court.

Dated: September 15, 2005            /s/ James Ware
                                     JAMES WARE
                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James McManis jmcmanis@mfmlaw.com
Jessica Valenzuela Santamaria jvalenzuelasantamaria@mfmlaw.com
Joseph C. Howard jhoward@hrmrlaw.com
Michael Reedy mreedy@mfmlaw.com

**Dated: September 15, 2005**                              **Richard W. Wieking, Clerk**


                                                          **By:   /s/ James Ware**
                                                                 **Ronald L. Davis**
                                                                 **Courtroom Deputy**