| | |
|---|---|
| JAMES McMANIS (40958)<br>MICHAEL REEDY (161002)<br>COLLEEN DUFFY SMITH (161163)<br>CHRISTINE PEEK (234573)<br>McMANIS FAULKNER & MORGAN<br>A Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone:   408-279-8700<br>Facsimile:    408-279-3244<br><br>Attorneys for Plaintiffs,<br>JOSEPH PADGETT and<br>DARLA PADGETT | *E-FILED 12/5/05* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MONTE SERENO, a municipal entity; BRIAN LOVENTHAL, an individual; A. CURTIS WRIGHT, an individual; ERIN BRODSKY, an individual; BARBARA NESBET, an individual; DAVID BAXTER, an individual; and DOES 1 to 100 inclusive,<br><br>    Defendants. | CASE NO. C-04-03946 JW (RS)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION FOR AN ORDER CHANGING TIME<br><br>Date:<br>Time:<br>Ctrm:   4 (5th Floor)<br>Judge:  The Hon. Richard Seeborg |

  The ex-parte motion of plaintiff, Darla Padgett, for an order shortening time for the parties to brief and the Court to hear plaintiff's motion for a protective order re subpoenaed employment records from her employer, Bank of America, was presented to this Court pursuant to Civ. L.R. 6-1(b) and 6-3(a). Based on all papers filed to date, satisfactory proof having been received and good cause appearing therefore:

1

IT IS HEREBY ORDERED THAT PLAINTIFF'S MOTION TO SHORTEN TIME TO BRIEF AND HEAR A MOTION FOR PROTECTIVE ORDER IS GRANTED, AND THE FOLLOWING SCHEDULE IS ORDERED:

| | |
|---|---|
| Hearing on Plaintiff's Motion: | December 21, 2005, at 9:30 a.m.[1] |
| Reply Papers, due to be served and filed no later than: | December 19, 2005 |
| Opposition Papers, due to be served and filed no later than: | December 15, 2005 |
| Moving papers, due to be served and filed no later than: | December 8, 2005 |

IT IS FURTHER ORDERED THAT the Bank of America's obligation to respond to the subpoena issued by defendant City of Monte Sereno seeking Ms. Padgett's employment records dated November 10, 2005, is stayed until the Court has issued an order on Ms. Padgett's motion for protective order re same.

DATED: 12/2/05

/s/ Richard Seeborg
THE HON. RICHARD SEEBORG
United States Magistrate Judge

---

[1] It being the case that the parties are already set for hearing on defendant's motion for a protective order before this Court at that time, and thus are presumably available.