JAMES McMANIS (40958)
MICHAEL REEDY (161002)
MARWA ELZANKALY (206658)
CHRISTINE PEEK (234573)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244

Attorneys for Plaintiffs,
JOSEPH PADGETT and
DARLA PADGETT

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MONTE SERENO, a municipal entity; BRIAN LOVENTHAL, an individual; ERIN GARNER, an individual; A. CURTIS WRIGHT, an individual; MARK BRODSKY, an individual; BARBARA NESBET, an individual; DAVID BAXTER, an individual; LISA RICE, an individual; and DOES 2 to 100, inclusive,<br><br>Defendants. | CASE NO. C-04-03946 JW (RS)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT FILED BY CITY OF MONTE SERENO DEFENDANTS**<br><br>Ctrm: 8<br>Judge: The Hon. James Ware |

Defendants City of Monte Sereno, Brian Loventhal, Erin Garner, A. Curtis Wright, Mark Brodsky, Barbara Nesbet, and David Baxter (hereafter, "Monte Sereno Defendants") have filed a Motion for Summary Judgment, currently scheduled to be heard on February 13, 2006. The deadline for completion of discovery in this action recently was continued to March 13, 2006 by

1

order of the Court. Thereafter, counsel for Plaintiffs requested that counsel for Monte Sereno Defendants continue the summary judgment hearing date until after completion of discovery. As the original hearing date was premised upon a Scheduling Order that required discovery to be completed by January 13, 2006, and as the deadline for discovery has been continued until March 13, 2006,

THEREFORE, the parties, acting through their respective counsel, hereby stipulate to continue the hearing date for the summary judgment motion filed by Monte Sereno Defendants to April 3, 2006, and respectfully request that the Court issue this order in accordance with the parties' stipulation.

DATED: January 30, 2006      McMANIS FAULKNER & MORGAN

_____
MICHAEL REEDY
Attorneys for Plaintiffs

DATED: January 30, 2006      HOWARD ROME MARTIN & RIDLEY LLP

_____
TODD MASTER
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS ORDERED that the hearing date on Defendants' Motion for Summary Judgment shall be continued to April 3, 2006.

DATED: January 31, 2006      _____
HON. JAMES WARE