**\*E-FILED 3/10/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT AND DARLA PADGETT,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CITY OF MONTE SERENO, ET AL.,<br><br>　　　　Defendants. | NO. 04-cv-3946 JW (RS)<br><br>**ORDER RE *IN CAMERA* REVIEW OF DOCUMENT** |

Pursuant to the Court's Order filed February 24, 2006 regarding plaintiffs' motion to compel, defendants have submitted the document identified on their privilege log for *in camera* review. Having undertaken such review, the Court concludes that the document was properly withheld.

IT IS SO ORDERED.

Dated: 3/10/06

_____
RICHARD SEEBORG
United States Magistrate Judge