1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   Joseph Padgett and Darla Padgett,                NO. C 04-03946 JW

11              Plaintiff(s),             **ORDER CONTINUING HEARING DATE**
         v.                               **FOR MOTION FOR SUMMARY**
12                                        **JUDGMENT AND PRELIMINARY**
     City of Monte Sereno et al.,         **PRETRIAL/TRIAL SETTING**
13                                        **CONFERENCE**

             Defendant(s).
14   _____/

15        The hearing date for Defendants' motion for summary judgment is continued from April 3,

16   2006 to April 17, 2006 at 9:00 a.m.  The preliminary pretrial/trial setting conference is continued

17   from April 10, 2006 to May 22, 2006 at 11:00 a.m.  The parties shall file a joint preliminary

18   pretrial/trial setting conference statement no later than May 12, 2006.

19   Dated: March 21, 2006                          /s/James Ware
                                                    JAMES WARE
20                                                  United States District Judge

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine Peek cpeek@mfmlaw.com
Colleen Duffy Smith cduffysmith@mfmlaw.com
James McManis jmcmanis@mfmlaw.com
Joseph C. Howard jhoward@hrmrlaw.com
Marwa Elzankaly melzankaly@mfmlaw.com
Michael Reedy mreedy@mfmlaw.com

**Dated: March 21, 2006**                              **Richard W. Wieking, Clerk**


                                                       **By:  /s/JW Chambers**
                                                             **Melissa Peralta**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California