United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLA PADGETT, et al., | NO. C 04-03946 JW |
| Plaintiffs, | **ORDER RE: PLAINTIFFS' ADMINISTRATIVE REQUEST TO RECONSIDER DISCOVERY ORDER** |
| v. | |
| CITY OF MONTE SERENO, et al., | |
| Defendants. | |

Before the Court is Plaintiffs Darla and Joseph Padgett's ("Plaintiffs") motion for reconsideration of Magistrate Judge Richard Seeborg's ruling on Plaintiffs' motion to compel inspection of the City of Monte Sereno's ("the City") computer system. On March 20, 2006, Magistrate Judge Seeborg denied the motion to compel because the City would be forced to incur the burden, expense, and any residual risks to the security of its systems. Pursuant to Civil Local Rule 72-2, Defendants shall file objections, if any, by **Monday, April 24, 2006 by midnight**. As stated on the record at the April 17, 2006 hearing, Plaintiffs shall submit a new proposed order limiting the scope of inspection of the computers.

Dated: April 20, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine Peek cpeek@mfmlaw.com
Colleen Duffy Smith cduffysmith@mfmlaw.com
James McManis jmcmanis@mfmlaw.com
Joseph C. Howard jhoward@hrmrlaw.com
Marwa Elzankaly melzankaly@mfmlaw.com
Michael Reedy mreedy@mfmlaw.com

**Dated:  April 20, 2006**                                          **Richard W. Wieking, Clerk**

                                                                                    **By:__/s/ JW Chambers_____**
                                                                                         **Melissa Peralta**
                                                                                         **Courtroom Deputy**