1  **JOSEPH C. HOWARD, JR., ESQ. [SBN: 050784]**
2  **TODD H. MASTER, ESQ. [SBN: 185881]**
   **HOWARD ROME MARTIN & RIDLEY LLP**
   1775 Woodside Road, Suite 200
3  Redwood City, CA  94061-3436
   -Telephone:  (650) 365-7715
4
   Attorneys for Defendants
5  **CITY OF MONTE SERENO, BRIAN LOVENTHAL,**
   **ERIN GARNER, A. CURTIS WRIGHT, MARK BRODSKY,**
6  **BARBARA NESBET and DAVID BAXTER**

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  JOSEPH PADGETT and DARLA PADGETT,          Case No:  C 04 03946 JW

13          Plaintiffs,                        **STIPULATION AND ORDER TO**
                                               **CONTINUE PRELIMINARY PRETRIAL**
14      vs.                                    **AND TRIAL SETTING CONFERENCE**

15  CITY OF MONTE SERENO, et al.               **[Civ. Local Rule 6-2]**

16          Defendants.                        **Date:       May 22, 2006**
                                               **Time:       11:00 a.m.**
17                                             **Judge:      Hon. James Ware**
                                               **Courtroom:  8, 4th Floor**
18

19

20

21          This matter is currently scheduled for a Preliminary Pretrial and Trial Setting Conference

22  ("Conference") on May 22, 2006.  Pursuant to Local Rule 6.2, Defendants CITY OF MONTE

23  SERENO, BRIAN LOVENTHAL, ERIN GARNER, A. CURTIS WRIGHT, MARK

24  BRODSKY, BARBARA NESBET and DAVID BAXTER (collectively, "City Defendants") and

25  Plaintiffs JOSEPH PADGETT and DARLA PADGETT (collectively, "Plaintiffs"), acting

26

                                              -1

STIP AND ORDER RE CONTINUANCE OF PRELIMINARY PRETRIAL CONFERENCE;
Case No: C 04 03946 JW

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*

through their respective counsel, hereby stipulate to continue the Conference 60 days, and respectfully request that the Court issue this order in accordance with the parties'[1] stipulation.

The parties request the continuance for the following reasons. First, the case was scheduled for mediation on May 8, 2006 with Howard Herman. On Friday, May 5, 2006, Mr. Herman advised the parties' counsel that he would not be able to attend the mediation because of a family emergency. The parties would like to conclude mediation prior to the Conference and will work to reschedule mediation with Mr. Herman as soon as he is available. We understand that Mr. Herman might not return for two to three weeks. Second, the Court heard City Defendants' Motion for Summary Judgment on April 17, 2006 and took the matter under submission. The parties believe that both an order on that motion, and the completion of mediation, prior to the Conference will streamline the remaining issues, if any, for discussion at the Conference.

The Conference was originally scheduled for April 10, 2006, but was continued by the Court to its current date pursuant to its March 21, 2006 Order (Docket No. 205). There have been no other continuances of the Conference.

Date: May 9, 2006                         HOWARD ROME MARTIN & RIDLEY LLP

By: _____
    Todd H. Master
    Attorneys for City Defendants

---

[1] While Plaintiffs have amended their complaint to add Lisa Rice as a defendant and have served her with the amended complaint, she has yet to make an appearance in the case in response thereto.

2

STIP AND ORDER RE CONTINUANCE OF PRELIMINARY PRETRIAL CONFERENCE;
Case No: C 04 03946 JW

1   Date: May 11, 2006           McMANIS FAULKNER & MORGAN

2

3                    By: /s/ Michael Reedy

4                      Michael Reedy
                        Attorneys for Plaintiffs

5

6

7   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Preliminary Pretrial and Trial

                                            @ 11:00am

8   Setting Conference is continued from May 22, 2006 to __July 10__, 2006.  The parties shall file a

9   joint preliminary pretrial/trial setting conference statement no later than July 1, 2006.

10

11   DATED: May 11, 2006

12                      Honorable James Ware

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

STIP AND ORDER RE CONTINUANCE OF PRELIMINARY PRETRIAL CONFERENCE;
Case No: C 04 03946 JW