United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Darla Padgett, et al., | NO. C 04-03946 JW |
| Plaintiffs, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| City of Monte Sereno, et al., | |
| Defendants. | |

In light of the Court's continuing evaluation of Defendants' motion for summary judgment, the Court **vacates** the preliminary pretrial conference presently scheduled for January 22, 2007. The Court will reset the conference in its order re: the summary judgment motion.

Dated: January 16, 2007

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Joseph C. Howard  jhoward@hrmrlaw.com

3  Darla & Joseph Padgett
   3533 2062nd Avenue Se
4  Sammamish, WA 98075

5
   **Dated:  January 16, 2007**                                **Richard W. Wieking, Clerk**
6

7                                                              **By:  /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
8                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California