Plaintiffs,
JOSEPH PADGETT and
DARLA PADGETT,

In pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF MONTE SERENO, a municipal entity; BRIAN LOVENTHAL, an individual; A. CURTIS WRIGHT, an individual; ERIN BRODSKY, an individual; BARBARA NESBET, an individual; DAVID BAXTER, an individual; LISA RICE, an individual; and DOES 2 to 100 inclusive,<br><br>  Defendants. | CASE NO. C-04-03946 JW<br><br>**DECLARATION OF SCOTT COOPER, CMC, IN RESPONSE TO MOTION FOR PROTECTIVE ORDER.**<br><br>Date:    March 5, 2007<br>Time:   9:00 am<br>Judge:  Hon. James Ware<br>Courtroom: 8, 4th floor |

I, Scott Cooper, CMC, hereby declare as follows:

1. I submit this declaration in response to Defendants' Motion for a Protective Order, and related documents. I make this declaration (except where stated as based upon information and belief) based upon first-hand personal knowledge of the facts set forth below and based upon my expertise in electronic discovery and computer forensics, and if called upon to testify as a witness, I could and would testify competently thereto under oath.

1

PADGETT v. CITY OF MONTE SERENO, et al.                                   CASE NO. C-04-03946 JW
Declaration of Scott Cooper, CMC

2. I am one of the founders and am Managing Director of INSYNC Consulting Group, Inc., an independent information technology consulting firm, with a specialization in Electronic Discovery and Computer Forensics, founded in 1984 and based in Los Angeles, California.

3. INSYNC has performed its forensics services for, among others, the United States Department of Justice, The White House, Fortune 100 corporations and major law firms and major accounting firms throughout the United States. INSYNC's services have been used in conjunction with investigations, data recovery, data reconstruction, data authentication, and general litigation.

4. Prior to being one of the founders of INSYNC in 1984, I was employed as a senior consultant within KPMG Peat Marwick's Management Consulting and Technology Practice. I am now a member (and senior officer) of the High Technology Crime Investigation Association (HTCIA), the Institute of Management Consultants (IMC), the American Society for Industrial Security (ASIS), the Information Systems Security Association (ISSA), and Mensa. I am certified by the California State Bar as an authorized MCLE course provider. I lecture and teach on a regular basis, and have published numerous articles, including the National Litigation Consultant's Review and California CPA magazines.

5. I personally have over thirty years of training, education, and experience with computer systems and associated data. My specialized focus includes the forensic acquisition, analysis, and recovery of electronic data contained within and related to computer systems and incorporated electronic data and media. I have been qualified as a computer (systems, recovery, and forensics) expert, as both a declarant and expert witness, in both Federal and State court, and have been designated as a Special Master, and also designated as a Court-appointed Referee. I recently completed an INSYNC engagement in the landmark Federal case of Medtronic v Michelson involving the issuance of numerous critical

2

PADGETT v. CITY OF MONTE SERENO, et al.                    CASE NO. C-04-03946 JW
Declaration of Scott Cooper, CMC

precedent-setting electronic discovery and computer forensics opinions, where our client prevailed at jury trial, and received without appeal an immediate payment of over $1.3 billion, instead of the 20 year series of payments that the opposing party was allowed.

6. Details of my background, experience, and qualifications appear in my Curriculum Vitae attached hereto as Exhibit "A". My billing rate is $425 per hour, for technical forensic work and for expert declarations, and $550 per hour (with a six-hour minimum) for any testimony at deposition or trial.

7. INSYNC was engaged and retained by Joseph and Darla Padgett, in pro per, in connection with the above-captioned matter, to provide expert services and assistance with the issues related to and the performance of conducting electronic discovery and computer forensics related work relating to this matter, with emphasis on the safe and secure examination and retrieval of information from defendants' computer systems, equipment, and data.

8. As an overview, I have a prevailing concern that the City and their attorney, Mr. Todd Master, have continually failed to comply with their duty and obligation to preserve, protect, and produce their electronically stored information (ESI), as related to this case. My opinion is that the existing United States District Court Judge James Ware's December 28, 2006 "ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW INSPECTION OF COMPUTER EQUIPMENT" (the "ORDER") is correct and should be enforced immediately. Furthermore, due to the City's seemingly continued delays and attempts to obfuscate the process, any latitude in interpretation should be liberally interpreted in favor of the plaintiff, whether or not the ORDER is silent or vocal on certain topics.

9. As referenced in Mr. Master's motion (the "MOTION"), the Federal Rules of Civil Procedure (FRCP), as amended effective December 1, 2006 (approximately 4 weeks prior to the ORDER), especially the 12 rules (26 through

3

PADGETT v. CITY OF MONTE SERENO, et al.                                         CASE NO. C-04-03946 JW
Declaration of Scott Cooper, CMC