

**DELL**

| | | |
|---|---|---|
| FID Number: 74-2616805 | This is your ACKNOWLEDGMENT | Page: 1 of 1 |
| Sales Rep: LUIS DEL RIO | Customer Number: 024245001 | Invoice Number: F89199665 |
| For Sales: (900)274-7799 | Purchase Order: | |
| Sales Fax: (800)433-9527 | Order Number: 525452324 | Invoice Date: 08/12/05 |
| For Customer Service: (800)981-3355 | Order Date: 08/11/05 | Payment Terms: MASTER CARD |
| For Technical Support: (800)981-3355 | | Due Date: 08/17/05 |
| Dell Online: http://www.dell.com | 84 01 M 01 01 N | Shipped Via: Airborne |
| | | Waybill Number: |

SOLD TO:
#BWNHKPV
#0242 4500 13#

MS ACCOUNTS PAYABLE
CITY OF MONTE SERENO
18041 SARATEGA-LOS GATOS RD
MONTE SERENO, CA 95030

SHIP TO:
MS ACCOUNTS PAYABLE
CITY OF MONTE SERENO
18041 SARATEGA-LOS GATOS RD
MONTE SERENO, CA 95030

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 340-9259 | 40GB IDE Hard Drive, 7200RPM, for Dell Dimension, Customer Install | EA | 64.99 | 64.99 |
| 1 | 1 | 900-5000 | *Limited Warranty Longer of 1 Year or Remainder of RelatedDell CPU Warranty. 30 Day Return Period. P&U QUOTEUSE REP ID 55235 | EA | 0.00 | 0.00 |

*[handwritten: Jeni New Hard drive]*

*[watermark: THIS IS NOT AN INVOICE]*

Recv'd in response to J. Padgett CA Public Record Request of 2.05.07. **NOT** through normal course of discovery.

EXHIBIT M04163
J

OR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE, ONLINE CUSTOMER C
E INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ISWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 8.00 |
| Subtotal | $ | 72.99 |
| Taxable: $ 72.99 | Tax: $ | 6.02 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 79.01 |
| MASTER CARD | $ | 79.01 |
| | $ | |
| | $ | |
| Balance Due | $ | 0.00 |