

**DELL**

FID Number: 74-2616805
Sales Rep: ASTA MITCHELL
For Sales: (800)274-7799
Sales Fax: (800)433-9527
For Customer Service: (800)981-3355
For Technical Support: (800)981-3355
Dell Online: http://www.dell.com

Customer Number: 072420012
Purchase Order:
Order Number: 112975381
Order Date: 06/14/06

Invoice Number: N52850758

Invoice Date: 06/15/06
Payment Terms: AMERICAN EXPRESS
Due Date: 06/27/06
Shipped Via: EAGLE USA
Waybill Number: 112975381

83  01  A  01  01  N

SOLD TO:
#BWNHKPV
#0724 2001 26#

ACCOUNTS PAYABLE
CITY OF MONTE SERENO
18041 SARATEGA-LOS GATOS RD
MONTE SERENO,CA 95030

SHIP TO:
ACCOUNTS PAYABLE
CITY OF MONTE SERENO
18041 SARATEGA-LOS GATOS RD
MONTE SERENO, CA 95030

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amo |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-7965 | 3.0GHz/2MB Cache, Xeon, 800MHz Front Side Bus for PowerEdge 2800 | EA | 4,763.50 | 4,76 |
| 1 | 1 | 311-4815 | 3.0GHz/2MB Cache, Xeon, 800MHz Front Side Bus, 2nd processor For PowerEdge 2800 | EA | 0.00 | |
| 1 | 1 | 311-3594 | 4GB DDR2 400MHz (4X1GB) Single Ranked DIMMs | EA | 0.00 | |
| 1 | 1 | 310-5542 | Standard USB Keyboard | EA | 0.00 | 0 |
| 1 | 1 | 320-0058 | No Monitor Option | EA | 0.00 | 0 |
| 1 | 1 | 341-1905 | 300GB Hard Drive, Ultra 320 SCSI, 10K RPM, 80 pin PowerEdge | EA | 0.00 | 0 |
| 1 | 1 | 341-1475 | Embedded RAID - PERC4 Embedded Integrated | EA | 0.00 | 0 |
| 1 | 1 | 341-0838 | No Floppy Drive | EA | 0.00 | 0 |
| 1 | 1 | 420-5796 | Windows Server 2003 R2 Standard Edition, Includes 5 CALs | EA | 0.00 | 0 |
| 1 | 1 | 310-5544 | USB 2-button Mouse with Wheel,PE | EA | 0.00 | 0 |
| 1 | 1 | 430-8991 | Dual On-Board NICS ONLY | EA | 0.00 | 0. |
| 1 | 1 | 313-2700 | 24X IDE CD-ROM | EA | 0.00 | 0. |
| 1 | 1 | 313-2699 | Tower Bezel for PE2800 | EA | 0.00 | 0. |
| 1 | 1 | 311-4283 | 1x8 Hot Plug SCSI Hard Drive Backplane | EA | 0.00 | 0. |
| 1 | 1 | 420-4080 | 20GB OS Partition Override for Microsoft OS Options, PowerEdge | EA | 0.00 | 0. |
| 1 | 1 | 310-5476 | Electronic Documentation and OpenManage CD Kit, PE2800 | EA | 0.00 | 0.0 |
| 1 | 1 | 341-1905 | 300GB Hard Drive, Ultra 320 SCSI, 10K RPM, 80 pin PowerEdge | EA | 0.00 | 0.0 |
| 1 | 1 | 341-1326 | MR1/N, Drives attached to PERC4ei,PE2800 | EA | 0.00 | 0.0 |
| 1 | 1 | 310-5467 | Tower Chassis Orientation for PE2800 | EA | 0.00 | 0.0 |
| 1 | 1 | 310-5562 | Redundant Power Supply,No Y-CORD for PE2800 | EA | 0.00 | 0.0 |
| 1 | 1 | 420-4752 | 15-pack of Windows Server 2003 Device CALs (Standard or Enterprise) | EA | 0.00 | 0.0 |
| 1 | 1 | 465-3663 | Dont ship to EU, Japan after July/1/06 - Product not compliant w EU RoHS Directive(Restriction of Hazardous Subs | EA | 0.00 | 0.00 |
| 1 | 1 | 960-1305 | *DECLINED CRITICAL BUSINESS CRITICAL SERVER OR STORAGE SUPPORT PACKAGE-CALL YOUR DELLSALES REP IF UPGRADE NEEDED | EA | 0.00 | 0.00 |
| 1 | 1 | 902-8050 | *Type 3 Contract Next Business Parts and Labor On-siteResponse,INIT Year | EA | 0.00 | 0.00 |
| 1 | 1 | 902-7062 | *Type 3 Contract Next Business Parts and Labor On-siteResponse,Two Years | EA | 0.00 | 0.00 |
| 1 | 1 | 983-2207 | *Thank You for buying Dell | EA | 0.00 | 0.00 |

Recv'd in response to J. Padgett CA Public Record Request of 2.05.07. **NOT** through normal course of discovery.

M04166

**EXHIBIT M-1**

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
L BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
S. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE, ONLINE CUSTOMER C
RE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
NSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| Ship &/or Handling | $ | 50.00 |
|---|---|---|
| Subtotal | $ | 4,813.50 |
| Taxable: | Tax: | |
| $ 4,813.50 | | 397.12 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 5,210.62 |
| AMERICAN EXPRESS | $ | 5,210.62 |
| | $ | |
| | $ | |
| Balance Due | $ | 0.00 |

ev 3/04)



| | | | | | | |
|---|---|---|---|---|---|---|
| FID Number: | 74-2616805 | | Customer Number: | 072420012 | Invoice Number: | N52850758 |
| Sales Rep: | ASTA MITCHELL | | Purchase Order: | | | |
| For Sales: | (800)274-7799 | | Order Number: | 112975381 | Invoice Date: | 06/15/06 |
| Sales Fax: | (800)433-9527 | | Order Date: | 06/14/06 | Payment Terms: | AMERICAN EXPRESS |
| For Customer Service: | (800)981-3355 | | | | Due Date: | 06/27/06 |
| For Technical Support: | (800)981-3355 | | 83 01 A 01 01 N | | Shipped Via: | EAGLE USA |
| Dell Online: | http://www.dell.com | | | | Waybill Number: | 112975381 |

SOLD TO:

ACCOUNTS PAYABLE
CITY OF MONTE SERENO
18041 SARATEGA-LOS GATOS RD
MONTE SERENO, CA 95030

SHIP TO:

ACCOUNTS PAYABLE
CITY OF MONTE SERENO
18041 SARATEGA-LOS GATOS RD
MONTE SERENO, CA 95030

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 983-2217 | *Please visit WWW.Dell.COM | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9997 | *On-Site Installation Declined | EA | 0.00 | 0.00 |
| | | System Service Tags | BZMQ5B1 | | | |



**EXHIBIT**

M-2

Recv'd in response to J. Padgett CA Public Record Request of
2.05.07.  **NOT** through normal course of discovery.

M04166A

Rev 3/04)