# William Cannon's Invoice

Address for Payment:
William Cannon
465 Calderon Avenue, Apt 22
Mountain View, CA 94041
650-969-2713

| DATE | INVOICE # |
|---|---|
| 7/2/2006 | 107 |

**BILL TO**
City of Monte Sereno
18041 Saratoga-Los Gatos Road
Monte Sereno, CA 95030-4299

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/3/2006 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Monte Sereno - Monthly Service | Monthly maintenance, tape backups, disk defrags, log checks & etc. | 3.0 | 150.00 | 450.00 |
| Monte Sereno Hourly Services | Consulting services on a per hour basis. | 15.25 | 75.00 | 1,143.75 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 1,593.75 |
| 0% Tax | 0.00 |
| Total | 1,593.75 |



APPROVED FOR PAYMENT
AN 7/18/06
ACCT# 01-265

file://C:\Documents%20and%20Settings\slheureux.CITYHALL\Local%20Settings\Tempo... 7/11/2006

**EXHIBIT**
**O-1**

Recv'd in response to J. Padgett CA Public Record Request of 2.05.07. **NOT** through normal course of discovery.

M04169

m updates, general trouble-shooting, disk defragmentation & etc.
m updates, general trouble-shooting, disk defragmentation & etc.
m updates, general trouble-shooting, disk defragmentation & etc.

ver quote
shares/ file transfers/ moved all city computers to new active directory domain/ installed numerous (dns/dhcp/AD, tsizepro, & etc) programs
ed "autoupdate" server onto new windows domain, updated SUS software, configured desktop for Robert Cushin (email), solved broken linked tables in M:
e), backed up c: drive and "public" and "users" on d: drive

M04170

**EXHIBIT**

O-2

Recv'd in response to J. Padgett CA Public Record Request of 2.05.07. **NOT** through normal course of discovery.

## Monthly Maintenance

| Month | Quantity | Details |
|---|---|---|
| April | 1 | server logs, firewall logs, server space, anti-virus updates, operating system updates, general trouble-shooting, disk defragmentation & etc. |
| May | 1 | server logs, firewall logs, server space, anti-virus updates, operating system updates, general trouble-shooting, disk defragmentation & etc. |
| June | 1 | server logs, firewall logs, server space, anti-virus updates, operating system updates, general trouble-shooting, disk defragmentation & etc. |
| Total | 3 | |

## Days Worked

| Date | Start | End | Quantity | Details |
|---|---|---|---|---|
| 6/13/2006 | 8:30 | 11:30 | 3 | install / setup new server -- phone work with Dell - new server quote |
| 6/21/2006 | 9am | 6pm | 9 | installed new server/ new domain/ created new accounts/ shares/ file transfers/ moved all city computers to new active directory domain/ installed numerous |
| 6/26/2006 | 9am | 11:45 | 2.75 | physical move of server, installed anti-virus software, moved "autoupdate" server onto new windows domain, updated SUS software, configured desktop |
| 6/26/2006 | 6:30pm | 7p | 0.5 | rebooted server remotely (to auto-detect exabyte tape drive), backed up c: drive and "public" and "users" on d: drive |

Total Hours: 15.25
Dollars Earned per Hour: 75
Total Dollars Earned: 1143.75

**EXHIBIT O-3**

Recv'd in response to J. Padgett CA Public Record Request of 2.05.07. NOT through normal course of discovery.