JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
CITY OF MONTE SERENO, BRIAN LOVENTHAL,
ERIN GARNER, A. CURTIS WRIGHT, MARK BRODSKY,
BARBARA NESBET and DAVID BAXTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MONTE SERENO, et al.,<br><br>Defendants. | Case No. C 04 03946 JW (RS)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING ON<br>PLAINTIFFS' MOTION FOR<br>TERMINATING SANCTIONS AND<br>DEFENDANTS' MOTION FOR<br>PROTECTIVE ORDER<br><br>Date:       March 5, 2007<br>Time:      9:00 a.m.<br>Judge:     Hon. James Ware<br>Courtroom: 8 |

Pursuant to ND CA Rule 7-7(b), IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the hearing on plaintiffs' motion for terminating sanctions and defendants' motion for protective order (which are currently scheduled to be heard on March 5, 2007 before the Honorable James Ware) be continued until March 12, 2007 at 9:00 a.m. before the Honorable James Ware in Courtroom 8. The parties have not filed any prior stipulations to continue this hearing date.

---

STIPULATION AND [PROPOSED] ORDER; Case No. C 04 03946 JW (RS)                                                    1

This continuance is being requested because of a death in the family of defense counsel, which will cause him to be out-of-state on March 5, 2007 and unavailable for the hearing as currently scheduled.

Date: February 26, 2007                HOWARD ROME MARTIN & RIDLEY LLP

By: *Todd Master* (signature)
Todd H. Master
Attorneys for Said Defendants

Date: February 26, 2007                By: *Darla Padgett* (signature)
Darla Padgett

Date: February 26, 2007                By: *Joseph Padgett* (signature)
Joseph Padgett

## ORDER

Pursuant to the above stipulation, it is hereby ordered that the hearing on plaintiffs' motion for terminating sanctions and defendants' motion for protective order is continued until March 12, 2007 at 9:00 in Courtroom 8.

Date: February 27, 2007                By: *James Ware* (signature)
Hon. James Ware

STIPULATION AND [~~PROPOSED~~] ORDER; Case No. C 04 03946 JW (RS)            2