**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Darla Padgett, et al., | NO. C 04-03946 JW |
|     Plaintiffs, | **INTERLOCUTORY JUDGMENT** |
| v. | |
| City of Monte Sereno, et al., | |
|     Defendants. | |

Pursuant to the Court's March 20, 2007 Order Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants the City of Monte Sereno, Erin Garner, Mark Brodsky, Barbara Nesbet, and David Baxter, against Plaintiffs Darla Padgett and Joseph Padgett.

The Clerk shall terminate these Defendants from the case.

Dated: March 20, 2007

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Darla Kaye Padgett Actiontkr@aol.com
Joseph C. Howard jhoward@hrmrlaw.com
Todd H. Master tmaster@hrmrlaw.com

| | |
|---|---|
| **Dated: March 20, 2007** | **Richard W. Wieking, Clerk** |
| | By:  /s/ JW Chambers  |
| | Elizabeth Garcia |
| | Courtroom Deputy |

United States District Court
For the Northern District of California