

**INSYNC Consulting Group, Inc.**
15260 Ventura Blvd., Suite 2230
Sherman Oaks, California 91403-5356
Tel: 818.784.8600 / Fax: 818.784.6800

Invoice No.: 2704088-IN
Invoice Date: 5/17/2007

Darla Padgett
Darla Padgett
3533 26nd Ave., SE
Sammamish, WA 98075-9109

Client Code: DAPA
Client PO#: Eng Ltr: DP
Payment Terms: Net On Receipt
Payment Due: 5/17/2007

| Task/Description | | Quantity | Price | Extension | |
|---|---|---|---|---|---|
| Management consulting, electronic discovery, and forensics services rendered in conjunction with the email fraud matter, for the period May 4 - May 7, 2007. | | | | | |
| On-site Aquisition/Consulting | | | | | |
| - SMC Services | HRS | 34.4 | 425.00 | 14,620.00 | NT |
| - RPG Services | HRS | 2.9 | 375.00 | 1,087.50 | NT |
| - MAA Services | HRS | 54.6 | 225.00 | 12,285.00 | NT |
| - TMM Services | HRS | 53.1 | 205.00 | 10,885.50 | NT |
| - CID Services | HRS | 1.1 | 195.00 | 214.50 | NT |

**EXHIBIT**
S-1

Thank you for your business.
Payments are due in accordance with "Terms" noted above.

| | |
|---|---|
| Net Invoice: | 39,092.50 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 39,092.50 |

**INSYNC Consulting Group, Inc.**
15260 Ventura Blvd., Suite 2230
Sherman Oaks, California 91403-5356
Tel: 818.784.8600 / Fax: 818.784.6800

Invoice No.: 2704077-IN
Invoice Date: 5/10/2007

Darla Padgett
Darla Padgett
533 26nd Ave., SE
Sammamish, WA 98075-9109

Client Code: DAPA
Client PO#: Eng Ltr: DP
Payment Terms: Net On Receipt
Payment Due: 5/10/2007

| Task/Description | | Quantity | Price | Extension | |
|---|---|---|---|---|---|
| Management consulting, electronic discovery, and forensics services rendered in conjunction with the email fraud matter, for the following periods:. | | | | | |
| General/Consulting | | | | | |
| For the Period Ended April 30, 2007: | | | | | |
| - SMC Services | HRS | 13.6 | 425.00 | 5,780.00 | NT |
| - ENH Services | HRS | 3.0 | 235.00 | 705.00 | NT |
| - MAA Services | HRS | 1.7 | 225.00 | 382.50 | NT |
| - TMM Services | HRS | 17.3 | 205.00 | 3,546.50 | NT |
| - CID Services | HRS | 0.5 | 195.00 | 97.50 | NT |
| - PMH Services | HRS | 2.4 | 185.00 | 444.00 | NT |
| For the Period Ended May 15, 2007 (excluding May 4-7): | | | | | |
| - SMC Services | HRS | 14.4 | 425.00 | 6,120.00 | NT |
| - MAA Services | HRS | 12.7 | 225.00 | 2,857.50 | NT |
| - TMM Services | HRS | 12.0 | 205.00 | 2,460.00 | NT |
| - PMH Services | HRS | 1.5 | 185.00 | 277.50 | NT |
| Expenses | | | | | |
| - HDD's - on-site images | | 6.0 | 250.00 | 1,500.00 | TX |
| - Machine processing time | | 115.2 | 7.00 | 806.40 | NT |
| - Airfare | | 2.0 | 250.00 | 500.00 | NT |

Continued

EXHIBIT
S-2



**INSYNC Consulting Group, Inc.**
15260 Ventura Blvd., Suite 2230
Sherman Oaks, California 91403-5356
Tel: 818.784.8600 / Fax: 818.784.6800

Invoice No.: 2704077-IN
Invoice Date: 5/10/2007

2

Darla Padgett
Darla Padgett
8533 26nd Ave., SE
Sammamish, WA 98075-9109

Client Code: DAPA
Client PO#: Eng Ltr: DP
Payment Terms: Net On Receipt
Payment Due: 5/10/2007

| Item | Qty | Rate | Amount | |
|---|---|---|---|---|
| - Car rental | 1.0 | 297.32 | 297.32 | NT |
| - Car rental | 1.0 | 110.06 | 110.06 | NT |
| - Gas | 1.0 | 119.00 | 119.00 | NT |
| - Hotel (3 people, 3 nights) | 1.0 | 983.65 | 983.65 | NT |
| - Per Diems(3 people, 2 days) | 1.0 | 300.00 | 300.00 | NT |
| - Admin | 1.0 | 907.00 | 907.00 | NT |
| - Fedex | 1.0 | 329.18 | 329.18 | NT |

**EXHIBIT**
S-3

*Thank you for your business.*
*Payments are due in accordance with "Terms" noted above.*

| | |
|---|---|
| Net Invoice: | 28,523.11 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 28,523.11 |