IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Darla Padgett, et al., | NO. C 04-03946 JW |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT BRIAN LOVENTHAL'S EX PARTE MOTION FOR STAY OF PROCEEDINGS** |
| v. | |
| City of Monte Sereno, et al., | |
| Defendants. | |

On September 4, 2007, the Court ordered terminating sanctions against Defendant Brian Loventhal for spoliation of evidence. (See Docket Item No. 405.) The Court struck Defendant Loventhal's answer and entered default against him. A trial on damages against Defendant Loventhal is currently scheduled to begin on January 29, 2008. (See Docket Item No. 415.)

Presently before the Court is Defendant Loventhal's motion to stay all proceedings in this action pending a ruling on his application for a writ of mandamus filed with the Ninth Circuit Court of Appeals. (hereafter, "Motion," Docket Item No. 460.) Defendant Loventhal seeks to vacate the Court's order awarding terminating sanctions. (Motion at 1.) Defendant Loventhal contends a stay is warranted in the interest of judicial economy. (Motion at 4.)

Plaintiffs oppose Defendant Loventhal's motion on the grounds that a stay in the proceedings would create unnecessary delay. (Memorandum in Opposition of Defendant's Ex Parte Application for Stay of Proceedings During the Pendency of Defendant Brian Loventhal's Petition for Writ of Mandamus Filed with the Ninth Circuit Court of Appeals at 1, hereafter, "Opposition," Docket Item

No. 465.) Plaintiffs are concerned that a stay in the action would prevent the completion of outstanding discovery requests. (Id.)

A potential writ will impact the scope and timing of the trial in this case. Accordingly, the Court finds its appropriate to stay proceedings with regard to the trial. However, since the writ is limited to the issue of terminating sanctions as to Defendant Loventhal, even if it is granted, the trial will proceed on the issues of liability and damages as to both Defendants Loventhal and Wright. Thus, the Court find that it is not necessary to stay discovery.

Accordingly, the Court orders as follows:

1. The Court GRANTS Defendant Loventhal's motion to stay with respect to all trial proceedings.
2. The Court DENIES Defendant Loventhal's motion to stay with respect to discovery and pre-trial matters.
3. The Court VACATES all trial and pretrial dates.

Defendants shall file with the Court a Case Management Statement within ten (10) days from the date of the Ninth Circuit's decision. The Court will set a Further Pretrial Conference once a mandate is issued.

Dated: December 20, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Darla Kaye Padgett Actiontkr@aol.com
Joseph C. Howard jhoward@hrmrlaw.com
Thomas H R Denver tdenver@mediationmasters.com
Todd Holton Master tmaster@hrmrlaw.com

**Dated: December 20, 2007**          **Richard W. Wieking, Clerk**

                              **By:  /s/ JW Chambers**
                                   **Elizabeth Garcia**
                                   **Courtroom Deputy**