THOMAS HR DENVER (56872)
Mediation Masters
96 North Third Street
Suite 300
San Jose, CA 95112

Telephone: (408) 280-7883
Facsimile:  (408) 292-7868

Special Master

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT,<br><br>         Plaintiffs,<br><br> vs.<br><br>CITY OF MONTE SERENO, et al.,<br><br>         Defendants. | No. C 04 03946 JW<br><br>**DISCOVERY ORDER NUMBER TWENTY-TWO** |

The Special Master having conferred with counsel for defendants, as provided for in the court's "Order Modifying the Special Master's Discovery Order Numbers Four, Five, and Six," Discovery Order Number Twenty-One is modified as follows:

Log numbers 7654, 7661, and 7747 are found to be privileged and should not be produced. Log number 397 is a duplicate of 7747 and it should not be produced.

Dated: January 17, 2008                    _____/s/ Thomas HR Denver_____
                                                            THOMAS HR DENVER