IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Darla Padgett, et al., | NO. C 04-03946 JW |
| Plaintiffs, | **ORDER OVERRULING DEFENDANTS' OBJECTION AND ADOPTING DISCOVERY ORDERS TWENTY-THREE AND TWENTY-FOUR** |
| v. | |
| Brian Loventhal, et al., | |
| Defendants. | |
| _____/ | |

The parties are currently working through the Special Master to disclose to Plaintiffs certain documents found on Defendants' hard drives. The Special Master has been given authority to establish a procedure for identification and disclosure of privileged documents for the Court's review. (See Docket Item No. 306.)

The Special Master recently issued Discovery Orders Twenty-Three and Twenty-Four. Both orders involve the Bates numbering of Defendants' electronic documents.[1] The Special Master ordered Plaintiffs' expert to add Bates numbers to those document. Defendants were ordered to pay the cost of this procedure. (See Docket Item Nos. 485, 488.)

---

[1] (Recommended Discovery Order No. 23, hereafter, "RDO23," Docket Item No. 485; Recommended Discovery Order No. 24, hereafter, "RDO24," Docket Item No. 488.)

Before the Court is Defendants' Objection to Discovery Orders Twenty-Three and Twenty-Four.[2] Defendants contend that they have already Bates numbered the documents and that renumbering is unnecessary. (Objection at 1.) The Special Master considered Defendants' contention, but concluded that Bates stamping by Plaintiffs' expert "will be the surest method to avoid any confusion in the identification of documentary evidence and, in addition, should facilitate presentation of documentary evidence at time of trial using the court's systems." (RDO24 at 2.) Since the issue of Bates numbering is properly within the Special Master's discretion and nothing in Defendants' objection suggests an abuse of that discretion, the Court adopts Discovery Orders Twenty-Three and Twenty-Four.

Accordingly, the Court OVERRULES Defendants' objection.

Dated: March 3, 2008

JAMES WARE
United States District Judge

---

[2] (Defendants' Objections and Request or District Court to Reconsider Special Master's Discovery Order Nos. 23 and 24, hereafter, "Objection," Docket Item No. 490.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Darla Kaye Padgett Actiontkr@aol.com
Joseph C. Howard jhoward@hrmrlaw.com
Thomas H R Denver tdenver@mediationmasters.com
Todd Holton Master tmaster@hrmrlaw.com

**Dated: March 3, 2008**                                    **Richard W. Wieking, Clerk**

                                                                   **By:  /s/ JW Chambers**
                                                                          **Elizabeth Garcia**
                                                                          **Courtroom Deputy**