

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT and DARLA PADGETT, | Case No. C 04 03946 JW |
| Plaintiffs, | [PROPOSED] ORDER DENYING DEFENDANTS BRIAN LOVENTHAL AND A. CURTIS WRIGHT'S MOTION TO EXCLUDE PLAINTIFFS' TRIAL EXHIBITS |
| vs. | |
| BRIAN LOVENTHAL, et al., | |
| Defendants. | |

Before this Court is defendants BRIAN LOVENTHAL and A. CURTIS WRIGHT's (hereinafter, collectively "defendants") motion for an order excluding plaintiffs' trial exhibits because plaintiffs refuse to provide copies of the documents they intend to use at trial and apparently intend to submit documents that were not disclosed during discovery.

At this eleventh hour before the trial, and Plaintiffs having no opportunity to reply to the charges contained in Defendants' Motion, the Court DENIES the Motion without prejudice to be renewed.  Defendants are invited to bring to the Court's attention any particular objections re: exhibits at trial.

Dated:  May 1, 2009          _____
                              JAMES WARE
                              United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' TRIAL EXHIBIT;
CASE NO.  C 04 03946 JW