IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Darla Padgett, et al., | NO. C 04-03946 JW |
| Plaintiffs, | **DEFAULT JUDGMENT AGAINST DEFENDANT LISA RICE** |
| v. | |
| Brian Loventhal, et al., | |
| Defendants. | |

Pursuant to the Court's June 9, 2010 Order Granting Plaintiffs' Motion for Default Judgment, judgment is entered in favor of Plaintiffs Darla Padgett and Joseph Padgett against Defendant Lisa Rice for Plaintiffs' claims of intentional and negligent infliction of emotional distress. Judgment is entered against Defendant Lisa Rice for $20,000 in compensatory damages to Plaintiff Darla Padgett and $20,000 in compensatory damages to Plaintiff Joseph Padgett.

Judgment is entered in favor of Defendant Lisa Rice against Plaintiffs Dara Padgett and Joseph Padgett on Plaintiffs' 42 U.S.C. § 1983 claim. Plaintiffs shall take nothing for their Section 1983 claim against Defendant Rice.

The Clerk shall close this file.

Dated: June 9, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Vinson Stearns astearns@boglawyers.com
Joseph C. Howard jhoward@hrmrlaw.com
M. Jeffery Kallis M_J_Kallis@Kallislaw.org
Thomas H R Denver tdenver@mediationmasters.com

Lisa M. Rice
2276 Alexian Drive
San Jose, CA 95116

**Dated:  June 9, 2010**                               **Richard W. Wieking, Clerk**

                                                        **By:     /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California