**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9       SAN JOSE DIVISION

10      DARLA PADGETT, et. al.,                  CASE NO. 5:04-cv-03946 EJD

11                                               **ORDER VACATING BRIEFING**
                        Plaintiff(s),            **DEADLINES; SCHEDULING STATUS**
12            v.                                 **CONFERENCE**

13      CITY OF MONTE SERENO, et. al.,

14
                        Defendant(s).
15      _____/

16           Having reviewed Plaintiff Joseph Padgett's Case Management Statement filed August 19,

17      2013 (see Docket Item No. 1033), the court orders as follows:

18           The deadlines contained in the briefing order filed August 20, 2013 (see Docket Item No.

19      1034), are VACATED.   Under these circumstances, the court finds it appropriate to allow Mr.

20      Padgett an opportunity to resolve any issues concerning his current legal representation or locate

21      alternate counsel, should he so desire.  Thus, the court schedules this case for a Status Conference on

22      **October 11, 2013, at 10:00 a.m.**  On or before **October 4, 2013,** Mr. Padgett shall file a Status

23      Conference Statement which provides an update on his legal representation.  In addition, Mr.

24      Padgett must be *personally present* at the Status Conference on October 11th unless the conference

25      is vacated by the court prior to that date.

26      **IT IS SO ORDERED.**

27      Dated:  August 21, 2013

                                                 _____
28                                               EDWARD J. DAVILA
                                                 United States District Judge

                                       1
        CASE NO. 5:04-cv-03946 EJD
        ORDER VACATING BRIEFING DEADLINES; SCHEDULING STATUS CONFERENCE