IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLA PADGETT, et. al., | CASE NO. 5:04-cv-03946 EJD |
| Plaintiff(s), | **ORDER ALLOWING TELEPHONIC APPEARANCE** |
| v. | |
| CITY OF MONTE SERENO, et. al., | |
| Defendant(s). | |

Having reviewed this action and in light of Plaintiff Joseph Padgett's present circumstances as detailed in the Case Management Statement filed August 19, 2013 (see Docket Item No. 1033), the court finds good cause to modify its previous order requiring Mr. Padgett's personal presence at the Case Management Conference scheduled for October 11, 2013.

Accordingly, the court orders that Mr. Padgett may appear telephonically at the Case Management Conference. The court will contact Mr. Padgett at the time of the hearing at (425) 260-1560 unless an alternative telephone number is provided in advance. Mr. Padgett must be available on October 11th from 10:00 a.m. to 12:00 p.m. to receive the call from the court.

**IT IS SO ORDERED.**

Dated: October 9, 2013

EDWARD J. DAVILA
United States District Judge