IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSEPH PADGETT, et. al., | CASE NO. 5:04-cv-03946 EJD |
|---|---|
| Plaintiff(s), | **BRIEFING ORDER** |
| v. | |
| CITY OF MONTE SERENO, et. al., | |
| Defendant(s). | |

On October 11, 2013, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Case Management Statements and the discussions held at the conference,

IT IS HEREBY ORDERED that briefing on the remanded issues of attorneys fees and costs shall be as follows:

| MOTION | DEADLINE TO FILE AND SERVE |
|---|---|
| (1) Plaintiff Joseph Padgett's motion in support of his request for attorneys fees and costs for the services of the law firm of McManis & Faulkner; | December 13, 2013 |
| (2) Trial counsels' (M. Jeffrey Kallis and Steven M. Berki) motion in support of their request for attorneys fees and costs; and | |
| (3) Defendants' motion in support of their request for costs. | |
| Any opposition to (1), (2) or (3) | January 17, 2014 |

1

CASE NO. 5:04-cv-03946 EJD
BRIEFING ORDER

Case5:04-cv-03946-EJD   Document1040   Filed10/22/13   Page2 of 3

| Any reply to (1), (2) or (3) | February 7, 2014 |

IT IS FURTHER ORDERED that ***all*** motions must include copies of billing statements, redacted as appropriate, to account for any particular fees or costs request, such that the court does not need to reference any document other than the motion or supporting declaration in order to properly examine and rule on the request. This means that supporting statements must be provided with the motion even if they were provided before or appear within another document already filed. Failure to provide supporting billing statements may constitute sufficient grounds to deny a request, either in whole or in part.

IT IS FURTHER ORDERED that the motions will be deemed submitted for decision upon conclusion of the briefing ordered herein unless the court orders otherwise.

**IT IS SO ORDERED.**

Dated:  October 22, 2013


EDWARD J. DAVILA
United States District Judge

2

CASE NO. 5:04-cv-03946 EJD
BRIEFING ORDER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PADGETT ET AL,

        Plaintiff,

v.

CITY OF MONTE SERENO ET AL,

        Defendant.

Case Number: CV04-03946 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Padgett
25840 SE 41st Street
Issaquah, WA  98029-5771

Dated: October 22, 2013

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk