IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLA PADGETT, et. al., | CASE NO. 5:04-cv-03946 EJD |
| Plaintiff(s), | **ORDER RE: BANKRUPTCY STAY** |
| v. | |
| CITY OF MONTE SERENO, et. al., | |
| Defendant(s). | |

Having reviewed the letter submitted on April 23, 2014 (see Docket Item No. 1075), and in light of the parties' agreement concerning the effect of Defendant Curtis Wright's bankruptcy proceeding, briefing in relation to the pending Motions for Attorney's Fees and/or costs (Docket Item Nos. 1041, 1044, 1050) is hereby STAYED until further order of the court.

Within 10 days of the either the completion of Wright's bankruptcy proceeding or a determination by the bankruptcy court excluding these motions from the stay, the parties shall file a stipulation notifying the court of such development and requesting the court reschedule the deadline for filing reply briefs.

**IT IS SO ORDERED.**

Dated: April 24, 2014

EDWARD J. DAVILA
United States District Judge