United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DARLA PADGETT, et. al.,

                Plaintiff(s),

  v.

CITY OF MONTE SERENO, et. al.,

                Defendant(s).
                                         /

CASE NO. 5:04-cv-03946 EJD

**ORDER DISSOLVING STAY**

In light of the resolution of the resolution of Defendant Curtis Wright's bankruptcy proceeding (see Docket Item No. 1081), the stay previously imposed in favor of those proceedings is hereby DISSOLVED.

The parties shall file reply briefs to the pending post-judgment motions (Docket Item Nos. 1041, 1044, 1050) on or before September 8, 2014. Consistent with the original Briefing Order (Docket Item No. 1040), the motions will be deemed submitted for decision upon conclusion of the briefing unless the court orders otherwise.

**IT IS SO ORDERED.**

Dated: August 25, 2014

                                      EDWARD J. DAVILA
                                      United States District Judge