UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRIAN LOVENTHAL, et al.,<br><br>    Defendants. | Case No.  5:04-cv-03946-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the currently pending state court proceedings and for the reasons stated on the record at the March 29, 2018 case management conference, the Court CONTINUES the case management conference to August 9, 2018 at 10:00 a.m.  The parties shall file a single joint case management statement no later than July 30, 2018.

**IT IS SO ORDERED.**

Dated: March 29, 2018

EDWARD J. DAVILA
United States District Judge