# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PADGETT,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CURTIS WRIGHT, et al.,<br><br>Defendants. | Case No. 5:20-cv-00802 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:04-cv-03946 EJD, *Joseph Padgett, et al v. Brian Loventhal.*

IT IS SO ORDERED.

Date: February 5, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge